Chapter 13 Plan     Case No. __16-00155__.

Debtor(s) __Lakisha Davis__     SS# __***-**-3347__     Net Monthly Earnings: $ __1360.80__.
SS# _____     Number of Dependents: __3__.

I. **Plan Payments:**
( x ) Debtor(s) proposes to pay a periodic payment of $ __465.00__  ○ weekly ○ biweekly ○ semi-monthly X monthly into the plan; or
(   ) Payroll deduction order: To _____ for $ _____  ○ weekly ○ biweekly ○ semi-monthly ○ monthly
Length of plan is approximately __60__ months, and the total debt to be paid through the plan is approximately $ __28,000.00__.
[X] Chapter 13 case filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the Trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

B. Total ATTORNEY FEE: $ __2500__; $ __300__ paid prepetition; $ __850__ to be paid at confirmation and $ __425 then $50__ per month until paid in full.
C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total amount of debt | Amount of regular payment to be paid | Direct Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate Arrearage | Proposed Fixed Payment on Arrearage | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| N/A | | □ by Trustee □ by Debtor | | | | | | |
| | | □ by Trustee □ by Debtor | | | | | | |
| | | □ by Trustee □ by Debtor | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total amount of debt | Debtor's Value | Unsecured Portion | Description of Collateral | Interest Factor | Proposed fixed payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| BBVA Compass | n/a | $18,455.00 | $20,250.00 | n/a | 2012 Camry | 5% | $385.00 | 8/16 |
| | | | | | | | | |
| | | | | | | | | |

3. Other Debts not shown in #1 or #2 above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Capital One Auto | $16,694.00 | $408.23 | 2012 Impala | Co-Signer Drives/Pays |

IV. Special Provisions. Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee. Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. Should a tax refund be received during the life of the case, schedules I and J will be amended to show additional disposable income and the paln will be modified accordingly.

[x] This is an original plan.
[ ] This is an amended plan replacing plan dated _____.
[x] This plan proposes to pay unsecured creditors __15__ %.
[ ] OtherProvisions:

Attorney for the Debtor Name/Address/Telephone Number
C. Taylor Crockett     Dated: __1/15/16__
2067 Columbiana Road
Birmingham, AL 35216     /s/ Lakisha Davis
Telephone#(205)978-3550     Debtor

Debtor